1112

No. 14. COMMONWEALTH COATINGS CORP. *v.* CONTINENTAL CASUALTY CO. ET AL., *ante,* p. 145;

No. 17. UNITED STATES *v.* DONRUSS CO., *ante,* p. 297;

No. 451. FORT *v.* ILLINOIS, *ante,* p. 1014;

No. 490. BOYD ET AL. *v.* CLARK, ATTORNEY GENERAL, ET AL., *ante,* p. 316;

No. 572. CLARK, ATTORNEY GENERAL, ET AL. *v.* GABRIEL, *ante,* p. 256;

No. 583. SANNER ET UX. *v.* TRUSTEES OF THE SHEPPARD & ENOCH PRATT HOSPITAL, *ante,* p. 982;

No. 648. MARKHAM ADVERTISING CO., INC., ET AL. *v.* WASHINGTON ET AL., *ante,* p. 316;

No. 671. LEONARD, ADMINISTRATRIX *v.* WHARTON, ADMINISTRATOR, *ante,* p. 1028;

No. 733. WILLIAMS ET AL. *v.* VIRGINIA STATE BOARD OF ELECTIONS ET AL., *ante,* p. 320;

No. 734. ALASKA ET AL. *v.* INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 302, AFL-CIO, ET AL., *ante,* p. 405;

No. 737. NAPUE *v.* UNITED STATES, *ante,* p. 1024;

No. 745. HILLIARD *v.* CITY OF GAINESVILLE, *ante,* p. 321;

No. 752. MILTON FRANK ALLEN PUBLICATIONS, INC. *v.* GEORGIA ASSOCIATION OF PETROLEUM RETAILERS, INC., *ante,* p. 1025;

No. 199, Misc. LEVY ET AL. *v.* MONTGOMERY COUNTY ET AL., *ante,* p. 877;

No. 803, Misc. WEBB *v.* COMSTOCK, CONSERVATION CENTER SUPERINTENDENT, *ante,* p. 1033;

No. 820, Misc. WILLIAMS *v.* UNITED STATES, *ante,* p. 1034;

No. 835, Misc. DOONER *v.* BUCKMAN, STATE HOSPITAL DIRECTOR, *ante,* p. 1033; and

No. 833, Misc. BUMPUS *v.* MASSACHUSETTS, *ante,* p. 1034. Petitions for rehearing denied.